sel under the sixth amendment to the United States constitution was not abridged by the trial court's ruling regarding the scope of the defendant's final argument?

"2. Did the Appellate Court correctly conclude that the defendant's privilege against self-incrimination under the fifth amendment to the United States constitution was not abridged by the state's statement in final argument: 'What motive does George Arline have to come and deny it?' "

*Thomas Ullman,* assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided October 9, 1991

---

### STATE OF CONNECTICUT *v.* MICHAEL CURLEY

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 318, is denied.

*Andrew B. Bowman,* in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 16, 1991

---

### STATE OF CONNECTICUT *v.* MYLES MCCARTHY

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 624, is denied.

*Brian M. O'Connell,* in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided October 16, 1991